# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BLAIR DOUGLASS,**<br><br>     **Plaintiff,**<br><br>  v.<br><br>**DE BEERS JEWELLERS (US), INC.,**<br><br>     **Defendant.** | No. 2:21-cv-01782-WSH |

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Blair Douglass and Defendant De Beers Jewellers (US), Inc. pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) that the action is dismissed with prejudice, with all parties bearing their own fees, expenses and costs.

| | |
|---|---|
| **EAST END TRIAL GROUP LLC** | **FISHERBROYLES, LLP** |
| */s/ Kevin Tucker*<br>Kevin Tucker<br>6901 Lynn Way, Suite 215<br>P.O. Box 40127<br>Pittsburg, PA 15208<br>Telephone: (412) 877-5220<br>ktucker@eastendtrialgroup.com<br><br>Counsel to Plaintiff<br><br>Dated: April 15, 2022 | */s/ David E. Renner*<br>David E. Renner<br>5990 University Boulevard, Box 148<br>Moon Township, PA 15108<br>Telephone: (412) 746-1720<br>david.renner@fisherbroyles.com<br><br>Counsel to Defendant<br><br>Dated: April 15, 2022 |